UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-mj-200-GWF** |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| v. | ) | **PRELIMINARY HEARING** |
| | ) | |
| FRED OAXACA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter as to Defendants FRED OAXACA, LUIS CUEVAS, and MARTIN CUEVAS, currently scheduled for September 8, 2016, at the hour of 4:00 p.m., be vacated and continued to ___October 11, 2016___, 2016 at the hour of ___4:00___ __p__.m.

_____
UNITED STATES MAGISTRATE JUDGE

4